RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DEC 02 2016

FILED_____
DOCKETED_____
       _____ _____
        DATE    INITIAL

Jesus Pimental-Lopez
Federal Correctional Complex
Registration Number, 71382-097
Post Office Box, 3725
Adelanto, California 92301

November 27,

United States Court of Appeals
In and for the Ninth Circuit
Clerk of the Court
Post Office Box, 193939
San Francisco, California 94119-3939

Re: United States v. Pimentel-Lopez,
    Case No., 2:13-CR-00024-SEH; Appeal No., 14-30210

Dear Clerk of the Court:

May the grace of God be with you. I am at the time doing okey considering the circumstances.

The sole purpose of this letter is to respectfully request that this Honorable Court provide me with the Docket Sheet--- i.e., Docket Entry Sheet(s) of the procedural history of the case.

I thank you for your time and consideration. I will wait for your response herein shortly. Thanks again.

Sincerely thankful;

[signature]

Jesus Pimentel-Lopez
Federal Correctional Complex
Registration Number, 71382-097
Post Office Box, 3725
Adelanto, California 92301